# In the United States Court of Federal Claims

No. 11-779 C

STARR INTERNATIONAL
COMPANY, INC., in its own
right and on behalf of two
classes of others similarly
situated

v.

THE UNITED STATES

**JUDGMENT**

Pursuant to the court's Opinion and Order, filed June 15, 2015,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the Credit Agreement Shareholder Class shall prevail on liability due to the Government's illegal exaction, but shall recover zero damages, and that the Reverse Stock Split Shareholder Class shall not prevail on liability or damages.

|  |  |
|---|---|
|  | Hazel C. Keahey<br>Clerk of Court |
| **June 17, 2015** | By:   s/ Debra L. Samler |
|  | Deputy Clerk |

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>.  Filing fee is $505.00.