# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

15-5103, 15-5133

**STARR INTERNATIONAL COMPANY, INC., in its own right and on behalf of two classes of others similarly situated,**

*Plaintiff - Appellant*

v.

**UNITED STATES,**

*Defendant - Cross-Appellant*

**AMERICAN INTERNATIONAL GROUP, INC.,**

*Defendant*

Appeals from the United States Court of Federal Claims in case no. 1:11-cv-00779-TCW
Judge Thomas C. Wheeler

## MANDATE

In accordance with the judgment of this Court, entered May 09, 2017, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

Costs in the amount of $935.20 were determined and taxed against the appellant.

FOR THE COURT

/s/ Peter R. Marksteiner

Peter R. Marksteiner
Clerk of Court